

United States District Court
Southern District of Texas
FILED

APR - 7 2020

David J. Bradley, Clerk of Court

April 1, 2020

**UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS**
David J. Bradley
**Clerk of the Court**
600 E. Harrison St., #101
Brownsville, TX 78520

RE: **Case Number: 1:20-CV-00026**

Dear David J. Bradley, Clerk of the Court:

Through this communication, we would like to request a postponement of our first initial pretrial and scheduling conference for our case (**Case Number: 1:20-CV-00026**), which is scheduled for **May 21, 2020 at 2:00 p.m.** We are the defendants on the case, **Apollotek International, Inc.**

Due to the current COVID-19 pandemic situation in California and Texas, we are having difficulties addressing the required activities to secure legal representation and to prepare for the case. Due to health recommendations by our governor and local authorities, we have access and travel restrictions that are impacting our activities. We have practically sent home our staff, except for a skeleton crew. Because we don't have a definite date for the end of this situation, we don't have a recommended alternate date and we would leave that for the court to determine.

Please consider this request for a postponement for the first hearing and let us know of your decision.

Thanks for your prompt response to this request.

Jeff Hatamkhani, CEO
**APOLLOTEK INTERNATIONAL, INC.**

Apollotek International, Inc.
1702 McGaw Avenue
Irvine, CA 92614

7020 0090 0001 4891 9529

CERTIFIED MAIL



U.S. POSTAGE PAID
FCM LETTER
IRVINE, CA
92623
APR 02 20
AMOUNT
$4.10
R2304M113227-77

78520

MAIL
United States District Court
Southern District of Texas

APR - 7 2020

RECEIVED
David J. Bradley, Clerk of Court



United States District Court For
The Southern District Of Texas
David J. Bradley
Clerk of the Court
600 E. Harrison St., #101
Brownsville, TX 78520
RE: Case Number: 1:20-CV-00026

RECEIVED
APR 06 2020
By _____