United States District Court
Southern District of Texas
**ENTERED**
June 08, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARIA DEL ROSARIO ARTEAGA, et al., §<br>  Plaintiffs, §<br> §<br>v. §<br> §<br>AQUA FINANCE, INC., et al., §<br>  Defendants. § | CIVIL ACTION NO. 1:20-cv-26 |

## SCHEDULING ORDER

1. Trial: Estimated time to try: 5-6 days                                X  Jury

2. Proposed Joint Protective Order shall be filed by:        July 1, 2020

3. Deadline to add parties and/or amend complaint[1]        October 2, 2020
   *Furnish a copy of this Scheduling Order to new parties*

4. Plaintiff's experts to be named with a furnished report by:    December 7, 2020

5. Defendant's experts to be named with a furnished report by:    January 7, 2021

6. Discovery must be completed by:                            February 1, 2021
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention from the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

7. Dispositive motions will be filed no later than:            February 22, 2021

8. Non-dispositive motions will be filed no later than:        March 5, 2021

9. Joint Pretrial Order will be filed no later than:            March 12, 2021

The final pretrial conference hearing will be scheduled after the Court rules on dispositive motions. Trial dates will be selected at the final pretrial conference.

DONE at Brownsville, Texas on June 8, 2020.

_____
Ronald G. Morgan
United States Magistrate Judge

---

[1] Any amended complaint must be accompanied by a motion for leave to file.