United States District Court
Southern District of Texas
**ENTERED**
May 19, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARIA DEL ROSARIO ARTEAGA, *et al.*, § § Plaintiffs, § § VS. § § AQUA FINANCE INC, *et al.*, § § Defendants. § | CIVIL ACTION NO. 1:20-CV-026 |

## Pre-Trial Scheduling Order

The Court establishes the following deadlines:

| | | |
|---|---|---|
| 1. | Parties must file motions in limine, proposed jury charge, and proposed voir dire questions by: | June 1, 2021 |
| 2. | Parties must file objections to proposed exhibits and witnesses, motions in limine, proposed jury charge, and proposed voir dire questions by: | June 8, 2021 |
| 3. | Final Pretrial Conference is set for 1:30 p.m. on: | June 10, 2021 |
| 4. | Jury selection is set for 8:30 a.m. on: | June 21, 2021 |

Signed on May 19, 2021.

_____
Fernando Rodriguez, Jr.
United States District Judge