UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA ARTEAGA, MOISES RINCON, TERESA RODRIGUEZ, AND JOSE RUIZ<br>Plaintiff, | § § § § § | |
| vs. | § § | CIVIL ACTION NO.1:20-cv-00026 |
| AQUA FINANCE, INC GREEN SKY LLC, TRUIST BANK FKA SUNTRUST BANK, CONNEXUS CREDIT UNION, APOLLOTEK INTERNATIONAL INC AND SPACEWATER SYSTEMS, LLC<br>Defendants. | § § § § § § § | |

## DEFENDANT SPACE WATER SYSTEMS' TRIAL EXHIBIT LIST

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendant, **Space Water Systems**, **LLC** and file this their Exhibit List, which is as follows:

| Ex. # | Exhibit | Offer | Obj. | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 1 | Revolvery Credit | | | | |
| 2 | Borrower Application Acknowledgment and Payment Authorization Certificate | | | | |

Respectfully submitted,

**J. Nathan Overstreet & Assoc., P.C.**

*/s/* J. Nathan Overstreet
James Nathan Overstreet
SBN #00784706
8711 Highway 6, North, Suite #230
Houston, Texas 77095
(281) 855-1000; (281) 855-4580 (Fax)
overstreetlawfirm@gmail.com

Attorney for Defendants
**Space Water Systems, LLC**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA ARTEAGA, MOISES RINCON, TERESA RODRIGUEZ, AND JOSE RUIZ<br>Plaintiff,<br><br>vs.<br><br>AQUA FINANCE, INC GREEN SKY LLC, TRUIST BANK FKA SUNTRUST BANK, CONNEXUS CREDIT UNION, APOLLOTEK INTERNATIONAL INC AND SPACEWATER SYSTEMS, LLC<br>Defendants. | § § § § § § § § § § § § § § | CIVIL ACTION NO.1:20-cv-00026 |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading has been served on the following parties according to the Federal Rules of Civil Procedure electronically on this the 8th day of June, 2021, to:

Eva D. Sikes
Texas Rio Grande Legal Aid Inc.
1206 E. Van Buren Street
Brownsville, Texas 78250
(956)982–5540
esikes@trla.org

Sean W. Fleming
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2014
Tel: (214) 744-3300
Fax: (214) 747-0942
sfleming@macdonalddevin.com

/s/ J. Nathan Overstreet
James Nathan Overstreet