UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA ARTEAGA, MOISES RINCON, TERESA RODRIGUEZ, AND JOSE RUIZ Plaintiff, | § § § § § | |
| vs. | § § | CIVIL ACTION NO.1:20-cv-00026 |
| AQUA FINANCE, INC GREEN SKY LLC, TRUIST BANK FKA SUNTRUST BANK, CONNEXUS CREDIT UNION, APOLLOTEK INTERNATIONAL INC AND SPACEWATER SYSTEMS, LLC Defendants. | § § § § § § | |

## SPACE WATER SYSTEMS' TRIAL WITNESS LIST

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Petitioner, **Space Water Systems, LLC** files this its Trial Witness List which is as follows:

1. **Rincon**
   (956) 908-7151
   1777 Satanford Ave.
   Brownsville, Texas 78520
   Sales Representative was Alex Del Gado

2. **Jose Ruiz**
   (956) 518-5537
   25842 Neil Ave.
   San Benito, Texas 78586
   Sales Representative was Felipe Adame

3. **Alvin Romero**
   1125 Guadalupe Dr.
   Brownsville, Texas 78521
   (956) 777-5566
   Manager

4. **Marco Romero**
   1901 Post Oak Ste. 1215
   Houston, Texas 77057
   (956) 777-1777
   Owner

5. **Steven Araiza**
   15200 Memorial Dr. Unit 3601
   Houston, Tx 77079
   (956) 893-4236
   Manager

Respectfully submitted,

/s/ J. Nathan Overstreet
James Nathan Overstreet
**J. Nathan Overstreet & Assoc., P.C.**
SBN #00784706
8711 Highway 6, North, Suite #230
Houston, Texas 77095
(281) 855-1000
(281) 855-4580 (Fax)
overstreetlawfirm@gmail.com

Attorneys for Defendant
**SpaceWater Systems, LLC**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA ARTEAGA, MOISES RINCON, TERESA RODRIGUEZ, AND JOSE RUIZ<br>Plaintiff,<br><br>vs.<br><br>AQUA FINANCE, INC GREEN SKY LLC, TRUIST BANK FKA SUNTRUST BANK, CONNEXUS CREDIT UNION, APOLLOTEK INTERNATIONAL INC AND SPACEWATER SYSTEMS, LLC<br>Defendants. | § § § § § § § § § § § § § § | CIVIL ACTION NO.1:20-cv-00026 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been served on the following parties according to the Federal Rules of Civil Procedure electronically on this the 8th day of June, 2021, to:

Eva D. Sikes
Texas Rio Grande Legal Aid Inc.
1206 E. Van Buren Street
Brownsville, Texas 78250
(956)982–5540
esikes@trla.org

Sean W. Fleming
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2014
Tel: (214) 744-3300
Fax: (214) 747-0942
sfleming@macdonalddevin.com

/s/ J. Nathan Overstreet
James Nathan Overstreet