United States District Court
Southern District of Texas
**ENTERED**
July 22, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARIA DEL ROSARIO ARTEAGA, *et al.*, § § Plaintiffs, § § VS. § AQUA FINANCE INC, *et al.*, § § Defendants. § § § | CIVIL ACTION NO. 1:20-CV-026 |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiffs Maria Arteaga, Maria Guadalupe De Rincón, Teresa Rodriguez, and Jose Ruiz, and Defendants GreenSky, LLC and Truist Bank f/k/a Suntrust Bank have jointly stipulated to voluntarily dismiss the action with prejudice, with each party bearing its own attorneys' fees and costs. (Joint Stipulation, Doc. 42) The Joint Stipulation dismisses all causes of action against Defendants GreenSky, LLC and Truist Bank f/k/a Suntrust Bank with prejudice and without court order.

Signed on July 22, 2021.

_____
Fernando Rodriguez, Jr.
United States District Judge