UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA ARTEAGA, MOISES RINCON, | § | |
| TERESA RODRIGUEZ, AND JOSE RUIZ | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 1:20-cv-00026 |
| | § | |
| AQUA FINANCE, INC GREEN SKY LLC, | § | |
| TRUIST BANK FKA SUNTRUST BANK | § | |
| CONNEXUS CREDIT UNION, APOLLOTEK | § | |
| INTERNATIONAL INC AND SPACEWATER | § | |
| SYSTEMS, LLC | § | |
|     Defendants. | § | |

## DEFENDANT'S FIRST AMENDED TRIAL EXHIBIT LIST

| Ex. # | Exhibit | Offered | Denied | Admitted |
|-------|---------|---------|--------|----------|
| 1 | Space Water Contract (Jose Ruiz) | | | |
| 2 | Borrower Application Acknowledgment and Payment Authorization Certificate (Jose Ruiz) | | | |
| 3 | Recon's Contract | | | |
| 4 | | | | |

Respectfully submitted,

**J. Nathan Overstreet & Assoc., P.C.**

 /s/ J. Nathan Overstreet
James Nathan Overstreet
State Bar No.  00784706
8711 Hwy 6 N., Suite #230
Houston, Texas 77095
Tel: (281) 855-1000
Fax: (281) 855-4580
overstreetlawfirm@gmail.com

Attorney for Defendants
**Space Water Systems, LLC**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA ARTEAGA, MOISES RINCON, | § | |
| TERESA RODRIGUEZ, AND JOSE RUIZ | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 1:20-cv-00026 |
| | § | |
| AQUA FINANCE, INC GREEN SKY LLC, | § | |
| TRUIST BANK FKA SUNTRUST BANK | § | |
| CONNEXUS CREDIT UNION, APOLLOTEK | § | |
| INTERNATIONAL INC AND SPACEWATER | § | |
| SYSTEMS, LLC | § | |
|     Defendants. | § | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been sent pursuant to Rule 21a of the Texas Rules of Civil Procedure by U.S. First Class Certified Mail, Return Receipt Requested, through Facsimile Transmission, or Electronically, on this the 2nd day of August, 2021, to all counsel of record.

Eva D. Sikes
Texas Rio Grande Legal Aid Inc.
1206 E. Van Buren Street
Brownsville, Texas 78250
Tel: (956) 982-5540
esikes@trla.org

Sean W. Fleming
3800 Renaisance Tower
1201 Elm Street
Dallas, Texas 75270
Tel: (214) 744-3300
Fax: (214) 747-0942
sfleming@macdonalddevin.com

/s/ J. Nathan Overstreet
James Nathan Overstreet